No. 00–5170. HAUGLAND v. CHASE MORTGAGE SERVICES, INC. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–5172. HUDSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–5173. FRITSCH v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 00–5174. GLOCK v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–5175. HOLLOWELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–5176. ENRIQUEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–5177. HUDSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–5178. HANES v. LEONARD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5179. GIDA v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 00–5180. FRANDSEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5181. FOSTER v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 00–5182. HUFF v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–5183. REYES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–5184. ROBERSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5185. BATTEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.